## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

**BOBBY DICKEY**                                                                      **PLAINTIFF**

**V.**                                                    **CIVIL ACTION NO. 4:25-cv-00088-JDM-JMV**

**PHH MORTGAGE CORPORATION;**
**WESTERN PROGRESSIVE-MISSISSIPPI, INC., and**
**STATE FARM FIRE AND CASUALTY COMPANY**                      **DEFENDANTS**

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

BEFORE THE COURT is the joint motion of Plaintiff Bobby Dickey ("Plaintiff") and the remaining defendants[1] PHH Mortgage Corporation and Western Progressive-Mississippi, Inc. ("Defendants") to dismiss this matter with prejudice, in connection with Plaintiff and Defendants resolving the matters in controversy between them. *See* Motion [42]. The Court finds the motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED AND ADJUDGED that this matter is DISMISSED with prejudice, with each party to bear its own costs and fees. The Court retains jurisdiction to enforce the settlement agreement.

SO ORDERED, this the 22nd day of July 2026.

_____
U.S. DISTRICT COURT JUDGE

**Prepared By:**

/s/ Stevie Farrar Rushing
Stevie Farrar Rushing (MS Bar #105534)
BRADLEY ARANT BOULT CUMMINGS, LLP
188 E. Capitol Street, Suite 1000
Jackson, MS 39215-1789
Telephone: (601) 948-8000
srushing@bradley.com

ATTORNEY FOR DEFENDANTS

---

[1] The parties stipulated [33] to the dismissal of State Farm Fire & Casualty Company in January 2026.

1